IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. SMITH,                              No. 2:04-cv-0702-MCE-PAN-P

    Plaintiff,

  v.                                          <u>ORDER</u>

C. KING,

    Defendant.
_____/

DARREL L. SMITH,                              No. 2:04-cv-0703-MCE-KJM-P

    Plaintiff,

  v.                                          <u>ORDER</u>

SGT. J. SWANEY and LT. GOLD,

    Defendants.
_____/

///

///

///

1

1   The Court has received the Notice of Related Cases
2 concerning the above-captioned cases filed August 11, 2005.  See
3 Local Rule 83-123, E.D. Cal. (1997).  The Court has, however,
4 determined that it is inappropriate to relate and reassign Civil
5 No. 2:04-cv-0702-MCE-PAN-P to Civil No. 2:04-cv-0703-MCE-KJM-P,
6 and it therefore declines to do so.
7   IT IS SO ORDERED.
8 DATED: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE