IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL LEE SMITH,

      Plaintiff,                     No. CIV S-04-0703 MCE KJM P

     vs.

SERGEANT J. SWANEY, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. On April 5, 2006, the court ordered plaintiff to inform the court, within twenty days, whether the sentence credit taken away as a result of the prison disciplinary proceedings at issue in this matter has been restored. Plaintiff was informed that failure to comply with the April 5, 2006 order would result in a recommendation that this action be dismissed. Plaintiff has not responded to the court's April 5, 2006 order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] smit0703.fnrs